William Roe, Respondent, v. Thomas E. Crimmins, Appellant. Motion for reargu--

ment, or for leave to appeal to Court of Appeals. Edgar J. Nathan, for respondent. Charles O. Nadal, for appellant. Motion granted.